# EXHIBIT “B”

**IN THE CIRCUIT COURT FOR THE 6TH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA**

DOREEN SOPER, **CASE NO.:**

Plaintiffs,

vs

WAL-MART STORES EAST, LP

Defendant.
______________________________/

## COMPLAINT

**COMES NOW** the Plaintiff, DOREEN SOPER, (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, sues Defendant, WAL-MART STORES EAST, LP, (hereinafter referred to as "Defendant"), and alleges as follows:

UNOFFICIAL DOCUMENT

### JURISDICTION, PARTIES & VENUE

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00), exclusive of interests and costs.

2. At all times material hereto, Plaintiff is and was a resident of New Port Richey Pasco County, Florida, and is otherwise sui juris.

3. Venue is proper in Pasco County because the Defendant's subject location was in this county and the events that resulted in Plaintiff's injury that is the subject matter of this lawsuit occurred there.

4. At all times material hereto, Defendant, WAL-MART STORES EAST, LP, was and is a Florida Corporation conducting business in Pasco County, Florida, and is otherwise *sui juris*.

5. At all times material hereto, Defendant, WAL-MART STORES EAST, LP was and is an active Florida Limited Liability Company in the State of Florida, and is otherwise *sui juris*.

6. On or about October 18th, 2023, Defendants owned, operated, maintained and/or managed property at 8701 US-19, Port Richey Pasco FL 34668 (the "subject premises").

**COUNT I - NEGLIGENCE AGAINST DEFENDANT**
**WAL-MART STORES EAST, LP**

Plaintiff hereby adopts and re-alleges each and every allegation set forth in paragraphs 1 through 6 as if fully set forth herein and further alleges:

7. On or about October 18th, 2023, Plaintiff was shopping in one of the designated aisles on the subject premises as described above.

8. On or about October 18th, 2023 Plaintiff was shopping when she slipped and fell while walking through the jewelry section on Defendant property. The cause of Plaintiff's fall was the presence of liquid on the floor which was a hazard to Plaintiff and other shoppers.

9. At all times material to this cause of action, Defendant had a non-delegable duty to use reasonable care in the inspection, repair and/or maintenance of the subject premises under their ownership, management, dominion, and/or control, in order to provide for the safety of its invitees, including but not limited to Plaintiff.

10. The Defendant breached its duty to the Plaintiff and was negligent including, but not limited to, the following: the failure of the defendants' employee to properly maintain control of it's equipment, to wit: the heavy stocking cart, failing to watch for customers as the cart was propelled forward, and generally being unaware of his surroundings for the safety of the patrons.

11. The dangerous condition was known to Defendant or had existed for a sufficient length of time so that Defendant should have known of it.

UNOFFICIAL DOCUMENT

12. Because of the negligence of Defendant and/or its' employees, agents, representatives, or servants, the Plaintiff sustained serious injuries to her body.

13. As a result of Defendant's negligence, the Plaintiff suffered bodily injuries and resulting pain and suffering, disability, physical impairment, disfigurement, inconvenience, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to perform household services and/or aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE,** Plaintiff, DOREEN SOPER hereby demands judgment against Defendant, WAL-MART STORES EAST, LP for damages in an amount in excess of Fifty Thousand Dollars and 00/100 Cents ($50,000.00), plus taxable costs and any such other relief the Court may deem just and proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Dated on this 21st day of February, 2025.

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
Attorney for Plaintiff
5801 Congress Avenue
Boca Raton, FL 33487
Phone: 1-800-375-5555
Fax: 561-828-5201
By: /s/Robert A. Samartin
Robert A. Samartin, Esq.
Florida Bar No.: 832881
service@thebermanlawgroup.com
RSamartin@thebermanlawgroup.com

UNOFFICIAL DOCUMENT